IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TRAVIS BANKS, #L2394**     **PLAINTIFF**

v.     **CAUSE NO. 1:17-cv-87-LG-RHW**

**MARSHAL TURNER, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that Banks's § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i)-(ii)

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal will count as a "strike" in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915 (g).

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE